**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VERNON L. HOLLIS,
Appellant,
vs.
CITY OF RENO,
Respondent.

No. 65700

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying an appeal from a municipal court conviction. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976); NRS 5.073(1); NRS 266.565(1); NRS 266.595. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19371

cc: Hon. Jerome Polaha, District Judge
Vernon L. Hollis
Reno City Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A